No. 394. PENNSYLVANIA *v.* WILLIAMS ET AL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. A. Schnader, Harold D. Saylor,* and *Leo· Weinrott*

for petitioner. *Messrs. Gordon A. Block, Grover C. Ladner,* and *Joseph H. Sundheim* for respondents.

No. 256. WILMER & VINCENT CORP. ET AL. *v.* SAME. See *ante,* p. 528.

